```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL LOOMIS RIMON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

FILED

MAY 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:10-cr-193 |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| LAWRENCE DAVIS, JR., ) | |
| aka Hakeem Bellmont, ) | |
| ERIC MORTENSON, and ) | |
| JOEL D. CLARK, ) | |
| aka Nazhir Bryant, ) | |
| Defendants. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Laurel Loomis Rimon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: May 20, 2010

_____
EDMUND F. BRENNAN
United States Magistrate Judge