```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0193-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ERIC MORTENSON; LAWRENCE DAVIS, JR.; JOEL D. CLARK, | ) ) | |
| | ) | DATE: September 10, 2010 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Laurel Loomis Rimon, Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender; defendant LAWRENCE DAVIS, JR., by and through his counsel, Scott Tedmon; and defendant, JOEL D. CLARK, by and through his counsel, Timothy Warriner, that the status conference hearing date of September 10, 2010 be vacated, and a new status conference hearing date of October 8, 2010 at 10:00 a.m. be set.

The government has provided defense counsel with several thousand pages of discovery.  This continuance is being requested to allow defense counsel additional time to review discovery with the

defendants, to examine possible defenses, and to continue investigating the facts of the case.

It is further stipulated between the parties that the period from the date of the signing of this order through and including October 8, 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 7, 2010          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ERIC MORTENSON


                                  /s/ Benjamin Galloway for
                                  SCOTT L. TEDMON
                                  Attorney for Defendant
                                  LAWRENCE DAVIS, JR.


                                  /s/ Benjamin Galloway for
                                  TIMOTHY E. WARRINER
                                  Attorney for Defendant
                                  JOEL D. CLARK

Dated: September 7, 2010          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Benjamin Galloway for
                                  LAUREL LOOMIS RIMON
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: Sept. 7, 2010.
                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Court

Stipulation & Order/Eric Mortenson          **2**