Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Joel David Clark

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| United States of America, | ) Case No. CRS 10-193 EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>) AND EXCLUDING TIME |
| vs. | ) |
| Eric Mortenson; Lawrence Davis, Jr.; and Joel D. Clark, | ) Date: October 8, 2011<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through Laurel Loomis Rimon, Assistant U.S. Attorney; defendant, Eric Mortenson, by and through his counsel, Benjamin Galloway, Assistant Federal Defender; defendant, Lawrence Davis, Jr., by and through his counsel, Scott Tedmon; and defendant, Joel D. Clark, by and through his counsel, Timothy Warriner, that the status conference hearing date of October 8, 2010 be vacated, and a new status conference hearing date of January 14, 2011 at 10:00 a.m. be set.

The parties have agreed to the January 14, 2011 date as Scott Tedmon, counsel for Mr. Davis, is engaged in trial in *United States* v. *Diaz, et al*, No. 07-0248 WBS. The *Diaz* matter is a complex multi-defendant prosecution that is expected to last through the month of December, 2010. The written discovery in the *United States* v. *Mortenson, et al*., case is voluminous, and counsel have met and conferred concerning the handling of discovery. It is expected that

1

additional discovery containing documents relating to property transactions will soon be discovered. It has been decided that prior to the January 14, 2011 status conference date, all defense counsel will meet and confer with the government concerning the discovery materials, and counsel are expected to discuss the materials that the government anticipates will be offered into evidence. The purpose of the meeting will be to allow counsel to more efficiently prepare for trial and evaluate the case. It is has also been discussed between all counsel that on or before the January 14, 2011, date counsel will meet and confer concerning proposed trial dates.

Defense counsel continue to need time to review the discovery, confer with their clients, evaluate the possible defenses, and to conduct investigations. Therefore, it is requested that time continue to be excluded from the signing of this order through and including January 14, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 5, 2010			Respectfully submitted.

					/s/ Timothy Warriner, Attorney for defendant
					Joel D. Clark

					/s/ Timothy Warriner for Scott L. Tedmon,
					Attorney for defendant Lawrence Davis, Jr.

					/s/ Timothy Warriner for Benjamin Galloway,
					Attorney for defendant Eric Mortenson

DATED: October 5, 2010			Benjamin B. Wagner
					United States Attorney

					/s/ Timothy Warriner for
					Laurel Loomis Rimon, Assistant U.S. Attorney

\\\

\\\

## ORDER

IT IS SO ORDERED.

DATED: October 5, 2010          /s/ Edward J. Garcia
                                United States District Judge