**FILED**
October 27, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:10-cr-193 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LAWRENCE DAVIS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Lawrence Davis</u>; Case  <u>2:10-cr-193 EJG</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    <u>X</u>   Unsecured bond in the amount of $50,000 co-signed by defendant's mother and sister.

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>10/27/2010</u>     at  <u>2:35 p.m</u>

By  _____
Kimberly J. Mueller,
United States Magistrate Judge