LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
LAWRENCE DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC MORTENSON, et al.,<br><br>  Defendants. | Cr. No. S-10-193 EJG<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME<br><br>Date:  January 14, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     The United States of America, through Assistant U.S. Attorney Laurel Loomis Rimon; defendant Eric Mortenson, through his counsel Benjamin Galloway, Assistant Federal Defender; defendant Lawrence Davis, Jr., through his counsel Scott L. Tedmon; and defendant Joel D. Clark, through his counsel Timothy Warriner; hereby stipulate and agree as follows:

     1. The current status conference in this case is set for Friday, January 14, 2011 at 10:00 a.m.

     2. The government has provided over 21,000 pages of discovery to defense counsel. Counsel for defendant Lawrence Davis, Jr. has been in the complex three-month jury trial of *U.S. v. Amaro, Mora, Killinger, and Stewart-Hanson* which concluded the second week of December before the Honorable William B. Shubb.  With the conclusion of the aforementioned jury trial, counsel for Lawrence Davis, Jr. is continuing to review the volume of discovery in this case and needs necessary additional time to continue that process as well as identify legal issues and discuss

- 1 -

1  the matter with his client.  Benjamin Galloway, counsel for co-defendant Eric Mortenson, and
2  Timothy Warriner, counsel for co-defendant Joel D. Clark, understands and agrees regarding the
3  need for necessary additional time in order that each counsel can properly prepare and they concur
4  in this request.  Likewise, AUSA Laurel Loomis Rimon, counsel for the government understands
5  and agrees to the defense request for the necessary additional time to prepare.

6  3. As such, the government and all defense counsel stipulate it is appropriate to continue the
7  current status conference to Friday, March 18, 2011 at 10:00 a.m.  The Court's availability for the
8  March 18, 2011 status conference date has been confirmed.  No jury trial date has been set in this
9  case.

10  4. Accordingly, the parties stipulate the Court should find that time be excluded through
11  March 18, 2011 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18
12  U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best
13  interest of the public in a speedy trial.

14  Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
15  behalf.

16  **IT IS SO STIPULATED.**

17  DATED: January 10, 2011               BENJAMIN B. WAGNER
                                          United States Attorney
18
                                           /s/ Laurel Loomis Rimon
19                                        LAUREL LOOMIS RIMON
                                          Assistant United States Attorney
20

21  DATED: January 10, 2011               DANIEL J. BRODERICK
                                          Federal Defender
22
                                           /s/ Benjamin Galloway
23                                        BENJAMIN GALLOWAY
                                          Assistant Federal Defender
24                                        Attorney for Defendant Eric Mortenson

25
26  DATED: January 10, 2011               LAW OFFICES OF SCOTT L. TEDMON

                                           /s/ Scott L. Tedmon
27                                        SCOTT L. TEDMON
                                          Attorney for Lawrence Davis, Jr.
28

DATED: January 10, 2011        LAW OFFICES OF TIMOTHY WARRINER

                                            /s/ Timothy Warriner
                                            TIMOTHY WARRINER
                                            Attorney for Joel D. Clark

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to Friday, March 18, 2011, at 10:00 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from January 14, 2011, to and including March 18, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: January 12, 2011        /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            United States District Judge