LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
LAWRENCE DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. S-10-193 EJG |
| | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE AND FINDING |
| | ) | OF EXCLUDABLE TIME |
| ERIC MORTENSON, et al., | ) | |
| | ) | Date: May 20, 2011 |
| Defendants. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

The United States of America, through Assistant U.S. Attorney Dominique Thomas; defendant Eric Mortenson, through his counsel Benjamin Galloway, Assistant Federal Defender; defendant Lawrence Davis, Jr., through his counsel Scott L. Tedmon; and defendant Joel D. Clark, through his counsel Timothy Warriner; hereby stipulate and agree as follows:

1. The current status conference in this case is set for Friday, May 20, 2011 at 10:00 a.m.

2. The government has provided over 21,000 pages of discovery to defense counsel. Counsel for each of the defendants needs additional time to review discovery, identify legal issues, determine investigative needs, and discuss the case with their respective client. Scott L. Tedmon, counsel for defendant Lawrence Davis; Benjamin Galloway, counsel for co-defendant Eric Mortenson; and Timothy Warriner, counsel for co-defendant Joel D. Clark; understands and agrees the requested additional time is necessary to allow each counsel to properly prepare their case and

as such, each counsel concurs in this request. Likewise, AUSA Dominique Thomas, counsel for the government, understands and agrees to the defense request for necessary additional time to prepare.

    3. As such, the government and all defense counsel stipulate it is appropriate to continue the current status conference to Friday, August 26, 2011 at 10:00 a.m. The Court's availability for the August 26, 2011 status conference date has been confirmed. No jury trial date has been set in this case.

    4. Accordingly, the parties stipulate the Court should find that time be excluded through August 26, 2011 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: May 16, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Dominique Thomas<br>DOMINIQUE THOMAS<br>Assistant United States Attorney |
| DATED: May 16, 2011 | DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ Benjamin Galloway<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant Eric Mortenson |
| DATED: May 16, 2011 | LAW OFFICES OF SCOTT L. TEDMON<br><br>/s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Lawrence Davis, Jr. |
| DATED: May 16, 2011 | LAW OFFICES OF TIMOTHY WARRINER<br><br>/s/ Timothy Warriner<br>TIMOTHY WARRINER<br>Attorney for Joel D. Clark |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to Friday, August 26, 2011, at 10:00 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from May 20, 2011, to and including August 26, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: May 16, 2011          /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge