LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
LAWRENCE DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC MORTENSON, et al.,<br><br>  Defendants. | Cr. No. S-10-193 EJG<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME<br><br>Date:  August 26, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

The United States of America, through Assistant U.S. Attorney Dominique Thomas; defendant Eric Mortenson, through his counsel Benjamin Galloway, Assistant Federal Defender; defendant Lawrence Davis, Jr., through his counsel Scott L. Tedmon; and defendant Joel D. Clark, through his counsel Timothy Warriner; hereby stipulate and agree as follows:

1. The current status conference in this case is set for Friday, August 26, 2011 at 10:00 a.m.

2. The government has provided over 21,000 pages of discovery to defense counsel. Counsel for each defendant needs additional time to review discovery, identify legal issues, determine investigative needs, confer with the government on possible case resolution, and discuss these matters with their respective client.  Scott L. Tedmon, counsel for defendant Lawrence Davis; Benjamin Galloway, counsel for co-defendant Eric Mortenson; and Timothy Warriner, counsel for co-defendant Joel D. Clark; understands and agrees the requested additional time is necessary to

- 1 -

1  allow each counsel to properly prepare their case and as such, each counsel concurs in this request.
2  AUSA Dominique Thomas agrees to the defense request for necessary additional time to prepare.
3        3.   As such, the government and all defense counsel stipulate it is appropriate to continue
4  the current status conference to Friday, September 16, 2011 at 10:00 a.m.  The Court's availability
5  for the September 16, 2011 status conference date has been confirmed.  No trial date has been set.
6        4.   Accordingly, the parties stipulate the Court should find that time be excluded through
7  September 16, 2011 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18
8  U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and pursuant to 18 U.S.C. §3161(h)(7)(A), the ends
9  of justice served by granting this continuance outweigh the best interests of the public and the
10 defendants in a speedy trial.
11       Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
12 behalf.
13 **IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: August 24, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Dominique Thomas<br>DOMINIQUE THOMAS<br>Assistant United States Attorney |
| DATED: August 24, 2011 | DANIEL J. BRODERICK<br>Federal Defender<br><br> /s/ Benjamin Galloway<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant Eric Mortenson |
| DATED: August 24, 2011 | LAW OFFICES OF SCOTT L. TEDMON<br><br> /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Lawrence Davis, Jr. |
| DATED: August 24, 2011 | LAW OFFICES OF TIMOTHY WARRINER<br><br> /s/ Timothy Warriner<br>TIMOTHY WARRINER<br>Attorney for Joel D. Clark |

1 **ORDER**

2       GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that
3 time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code
4 T4], reasonable time necessary for effective counsel preparation, and pursuant to 18 U.S.C. §3161
5 (h)(7)(A), the ends of justice served by granting this continuance outweigh the best interests of the
6 public and the defendants in a speedy trial.  Accordingly,

7       IT IS ORDERED that this case is continued to Friday, September 16, 2011, at 10:00 a.m.,
8 for further status conference.

9       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code
10 T4], and 18 U.S.C. § 3161(h)(7)(A), the period from August 26, 2011, to and including September
11 16, 2011, is excluded from the time computations required by the Speedy Trial Act.

12 **IT IS SO ORDERED.**

14 DATED: August 24, 2011                    /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
15                                                 United States District Judge