DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0193-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ERIC MORTENSON; LAWRENCE | ) | |
| DAVIS, JR.; JOEL D. CLARK, | ) | |
| | ) | DATE:  January 27, 2012 |
| | ) | TIME:  10:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender; defendant LAWRENCE DAVIS, JR., by and through his counsel, Scott Tedmon; and defendant, JOEL D. CLARK, by and through his counsel, Timothy Warriner, that the status conference hearing date of January 6, 2012, be vacated, and a new status conference hearing date of January 27, 2012, at 10:00 a.m., be set.

The government is in the process of providing defense counsel with plea agreements.  This continuance is being requested to allow defense counsel additional time to review the plea agreements with the

1   defendants, to advise defendants, and to continue investigating the

2   facts of the case.

3       It is further stipulated between the parties that the period from

4   the date of the signing of this order through and including January 27,

5   2012, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and

6   Local Code T4 based upon continuity of counsel and defense preparation.

7   Dated: January 3, 2012                 Respectfully submitted,

8                                          DANIEL J. BRODERICK
                                           Federal Defender
9

10                                         /s/ Benjamin Galloway
                                           BENJAMIN GALLOWAY
11                                         Assistant Federal Defender
                                           Attorney for Defendant
12                                         ERIC MORTENSON

13

14                                         /s/ Benjamin Galloway for
                                           SCOTT L. TEDMON
15                                         Attorney for Defendant
                                           LAWRENCE DAVIS, JR.
16

17                                         /s/ Benjamin Galloway for
                                           TIMOTHY E. WARRINER
18                                         Attorney for Defendant
                                           JOEL D. CLARK
19

20  Dated: January 3, 2012                 BENJAMIN B. WAGNER
                                           United States Attorney
21

22                                         /s/ Benjamin Galloway for
                                           DOMINIQUE THOMAS
23                                         Assistant U.S. Attorney

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

**O R D E R**

2       **IT IS SO ORDERED.**   Time is excluded from today's date through and

3  including January 27, 2012, in the interests of justice pursuant to 18

4  U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local

5  Code T4. The Court finds that the ends of justice served by granting

6  this continuance outweigh the interests of the defendant and the public

7  in a speedy trial.

8

9  Dated: January 3, 2012.

          /s/ Edward J. Garcia
10          EDWARD J. GARCIA
          United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28