```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-0193-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ERIC MORTENSON; LAWRENCE ) | |
| DAVIS, JR.; JOEL D. CLARK, ) | |
| ) | DATE: February 10, 2012 |
| ) | TIME: 10:00 a.m. |
| Defendants. ) | JUDGE: Hon. Edward J. Garcia |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender; defendant LAWRENCE DAVIS, JR., by and through his counsel, Scott Tedmon; and defendant, JOEL D. CLARK, by and through his counsel, Timothy Warriner, that the status conference hearing date of January 27, 2012, be vacated, and a new status conference hearing date of February 10, 2012, at 10:00 a.m., be set.

The government just completed the process of providing defense counsel with draft plea agreements. This continuance is being requested to allow defense counsel time to review the plea agreements

1  with the defendants, to advise defendants, and to continue
2  investigating the facts of the case.
3       It is further stipulated between the parties that the period from
4  the date of the signing of this order through and including February
5  10, 2012, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)
6  and Local Code T4 based upon continuity of counsel and defense
7  preparation.
8  Dated: January 25, 2012            Respectfully submitted,
9                                     DANIEL J. BRODERICK
                                      Federal Defender
10
11                                    /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13                                    ERIC MORTENSON
14
15                                    /s/ Benjamin Galloway for
                                      SCOTT L. TEDMON
16                                    Attorney for Defendant
                                      LAWRENCE DAVIS, JR.
17
18                                    /s/ Benjamin Galloway for
                                      TIMOTHY E. WARRINER
19                                    Attorney for Defendant
                                      JOEL D. CLARK
20
21 Dated: January 25, 2012            BENJAMIN B. WAGNER
                                      United States Attorney
22
23                                    /s/ Benjamin Galloway for
                                      DOMINIQUE THOMAS
24                                    Assistant U.S. Attorney
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation & Order/Davis et al.        **2**

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 10, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Dated: January 25, 2012

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court