```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-10-0193 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| LAWRENCE DAVIS, JR., ) | |
| ERIC MORTENSON, and ) | |
| JOEL D. CLARK, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

It is hereby stipulated by and between the United States of America and defendants Lawrence Davis, Eric Mortenson and Joel Clark, that the status conference currently set for February 10, 2012, be vacated. The Court has already calendared both a trial confirmation hearing (November 9, 2012), and a jury trial (December 3, 2012) in this case. Docket, # 68. In addition, time has already been excluded from computation under the Speedy Trial Act through the trial date. Id. The status conference set for February 10 was hoped to provide an opportunity for one or more of the parties to enter a resolution of this matter. While the parties are still working towards that end, they are not yet in a position to resolve

-1-

the case.  For that reason, the parties request that the February 10 status conference be vacated.  The parties will request a future hearing date if and when they are able to resolve this matter.

DATED: February 8, 2012          /s/ Philip Ferrari for
                                 SCOTT L. TEDMON, ESQ.
                                 Attny. for Lawrence Davis, Jr.

DATED: February 8, 2012          /s/ Philip Ferrari for
                                 BENJAMIN GALLOWAY, ESQ.
                                 Attny. for Eric Mortenson

DATED: February 8, 2012          /s/ Philip Ferrari for
                                 TIMOTHY WARRINER, ESQ.
                                 Attny. for Joel Clark

DATED: February 8, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:   February 8, 2012        /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

-2-