Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Joel David Clark

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CRS 10-193 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING JUDGMENT AND<br>) SENTENCING HEARING |
| vs. | ) |
| ERIC MORTENSON, LAWRENCE DAVIS, JR., and JOEL D. CLARK, | ) |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through Lee Bickley, Assistant U.S. Attorney; defendant, Eric Mortenson, by and through his counsel, Benjamin Galloway, Assistant Federal Defender; defendant, Lawrence Davis, Jr., by and through his counsel, Scott Tedmon; and defendant, Joel D. Clark, by and through his counsel, Timothy Warriner, that the sentencing hearing date of September 3, 2013 be continued to September 16, 2013 at 9:00 a.m. The purpose of said continuance is to afford defense counsel additional time to review the final presentence investigation report, disclosed August 16, 2013, with their clients, and to prepare for the sentencing hearing.

The parties further stipulate to the following schedule concerning objections to the presentence investigation report:

| | | |
|---|---|---|
| Formal Objections/Motion for Correction of PSR | | due on September 3, 2013 |
| Reply/Statement of Non-Opposition | | due on September 9, 2013 |

DATED: August 20, 2013         Respectfully submitted.

/s/ Timothy Warriner,
Attorney for defendant Joel D. Clark

/s/ Scott L. Tedmon,
Attorney for defendant Lawrence Davis, Jr.

/s/ Benjamin Galloway,
Attorney for defendant Eric Mortenson

DATED: August 20, 2013         Benjamin B. Wagner
United States Attorney

/s/ Lee Bickley
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated:  August 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE