1 | BENJAMIN B. WAGNER
United States Attorney
2 | R. STEVEN LAPHAM
LEE S. BICKLEY
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

7

**FILED**

**SEP 24 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

CASE NO. 2:10-CR-00193 WBS

12 |                  Plaintiff,

STIPULATION REGARDING RESTITUTION FOR
LAWRENCE DAVIS, ERIC MORTENSON AND

13 |             v.

JOEL D. CLARK; [~~PROPOSED~~] FINDINGS AND
ORDER

14 | LAWRENCE DAVIS, et. al.,

DATE: SEPTEMBER 16, 2013

15 |                  Defendant.

TIME: 9:30 A.M.
JUDGE: WILLIAM B. SHUBB

16

17

**STIPULATION**

18

Plaintiff United States of America, by and through its counsel of record, and defendants

19

Lawrence Davis, Eric Mortenson, and Joel D. Clark, by and through their counsel of record, hereby

20

stipulate as follows:

21

    1.     By previous order, this matter was set for sentencing on September 16, 2013.

22

    2.     By this stipulation, defendants and plaintiff now move for the Court to issue an order

23

setting the restitution amount owed jointly and severally by Lawrence Davis, Eric Mortenson, and Joel

24

D. Clark to be $152,548.20.

25

    3.     The parties agree and stipulate, and request that the Court find the following:

26

        a.     Aurora Bank FSB ("Aurora") has submitted a claim for restitution for one of the

27

loans at issue in this case, a $400,000 loan on the property 4859 Winamac Drive, Sacramento,

28

1  California.  Aurora claims that it purchased this loan, Loan Number 0122901804, for $400,000, incurred

2  servicing fees of $2,817.20 and received liquidation proceeds of $250,269 on the property.  $400,000 +

3  $2,817.20 - $250,269 = $152,548.20.  The parties agree that Lawrence Davis, Eric Mortenson, and Joel

4  D. Clark should be jointly and severally liable for the restitution amount of $152,548.20.  This amount

5  should be directed to the following address:

6  Aurora Commercial Corp.
   Aurora Bank FSB
7  Attn: Charlie Dix, Legal Counsel
   10350 Park Meadows Drive
8  Littleton, Colorado 80124

9          b.      The United States has tried to reach out to the other lender victims in this case by

10

11 various means but has yet to receive any other additional claims for restitution.

12          c.      The United States Probation Department has reviewed and supports this

13 stipulation and proposed order.

14

15 IT IS SO STIPULATED.

16 DATED: September 9, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney
17

18                                           /s/ Lee S. Bickley
                                             LEE S. BICKLEY
19                                           Assistant United States Attorney

20                                           For the UNITED STATES OF AMERICA

21 DATED: September 9, 2013                    /s/ Lee S. Bickley for
                                             SCOTT L. TEDMON
22

23                                           For defendant LAWRENCE DAVIS, JR.

24 DATED: September 9, 2013                    /s/ Lee S. Bickley for
                                             BENJAMIN D. GALLOWAY
25                                           For defendant ERIC MORTENSON

26

27 DATED: September 9, 2013                    /s/ Lee S. Bickley for
                                             TIM WARRINER
28

                                             For defendant JOEL D. CLARK

1

## ORDER

2

3        IT IS SO FOUND AND ORDERED that defendants Lawrence Davis, Jr., Eric Mortenson, and

4   Joel D. Clark are ordered to pay, jointly and severally, $152,548.20 in restitution.  Payment of restitution

5   shall be by cashier's or certified check made payable to the Clerk of the Court.  This $152,548.20 in

6   restitution should be directed to Aurora Commercial Corp., Aurora Bank FSB, Attn: Charlie Dix, Legal

7   Counsel, 10350 Park Meadows Drive, Littleton, Colorado 80124 for payment of losses associated with

8   Loan Number 0122901804, associated with 4859 Winamac Drive, Sacramento, CA 95835.

9

10   this 24ᵗʰ day of Sept. , 2013.

11                       HONORABLE WILLIAM B. SHUBB

12                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28