AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LAWRENCE DAVIS, JR.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Criminal Number: **2:10CR00193-01**<br>Defendant's Attorney: Scott Tedmon, Appointed |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  **1, 2, 3 and 5**  as alleged in the violation petition filed on  **10/22/2015** .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

The court:   [ ] revokes:   [ ] modifies:   [✓] continues under the same terms and conditions of supervision heretofore ordered on 9/23/2013, with an additional special condition: 7.  The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, to begin on 1/25/2016. ___.

The defendant is sentenced as provided in pages 2 through  **1**  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge(s)  **4, 6, 7 and 8**  are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/11/2016
Date of Imposition of Sentence

*/s/ William B. Shubb*
Signature of Judicial Officer
**William B. Shubb**, United States District Judge
Name & Title of Judicial Officer
1/13/2016
Date